AO 10
Rev. 1/2015

# FINANCIAL DISCLOSURE REPORT
## INITIAL FILING

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Ray, J. Thomas | U. S. District Court - ED AR | 05/3/2018 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U. S. Magis. Judge - Full Time | ☐ Nomination  Date<br>☑ Initial  ☐ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2017<br>to<br>12/31/2017 |

**7. Chambers or Office Address**

Richard Sheppard Arnold United States Courthouse
500 West Capitol, Room D 144
Little Rock, AR 72201

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee | Rollover IRA |
| 2. | Trustee | IRA #1 |
| 3. | Trustee | Inherited IRA |
| 4. | Trustee | IRA #2 |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ray, J. Thomas | 05/3/2018 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Abbvie C.S. | A | Dividend | K | T | | | | | |
| 2. Acadia C.S. | | None | K | T | | | | | |
| 3. Agios C.S. | | None | | | Buy | 05/31/17 | K | | |
| 4. Allergan C.S. | C | Dividend | N | T | Buy | 10/31/17 | L | | |
| 5. Amgen | B | Dividend | L | T | | | | | |
| 6. Bank of America C.S. | A | Dividend | L | T | | | | | |
| 7. Berkshire Hathaway (B) C.S. | | None | M | T | | | | | |
| 8. Biomarin C.S. | | None | K | T | Buy | 08/11/17 | K | | |
| 9. Biogen C.S. | | None | | | Sold | 07/07/17 | L | D | |
| 10. Bristol Meyers C.S. | A | Dividend | K | T | | | | | |
| 11. Celgene C.S. | | None | M | T | | | | | |
| 12. Chevron C.S. | D | Dividend | M | T | | | | | |
| 13. Conoco Phillips C.S. | C | Dividend | M | T | | | | | |
| 14. Eli Lilly C.S. | D | Dividend | N | T | | | | | |
| 15. Encana Corp. C.S. | A | Dividend | | | Sold | 01/06/17 | J | B | |
| 16. Enterprise Products C.S. | D | Dividend | L | T | Buy (add'l) | 10/25/17 | K | | |
| 17. Exxon Mobil Corp. C.S. | D | Dividend | N | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ray, J. Thomas | 05/3/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mn/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Freeport McMorran C.S. | | None | | | Sold | 01/06/17 | J | | |
| 19. Gilead, C.S. | D | Dividend | N | T | | | | | |
| 20. Incyte, C.S. | | None | K | T | Buy | 11/20/17 | K | | |
| 21. Intel C.S. | B | Dividend | L | T | | | | | |
| 22. J P Morgan Chase C.S. | B | Dividend | L | T | | | | | |
| 23. Johnson & Johnson C.S. | D | Dividend | N | T | | | | | |
| 24. Merck & Co. Inc. C.S. | D | Dividend | N | T | | | | | |
| 25. Permian Basin Trust C.S. | A | Dividend | | | Sold | 11/07/17 | J | | |
| 26. Pfizer Inc. C.S. | C | Dividend | M | T | | | | | |
| 27. Phillips 66 C.S. | C | Dividend | M | T | | | | | |
| 28. Philllips 66 Partners C.S. | C | Dividend | L | T | | | | | |
| 29. Roche ADR | A | Dividend | | | Sold | 07/12/17 | K | A | |
| 30. Regeneron Inc. | | None | M | T | | | | | |
| 31. Sanofi Aventis C.S. | C | Dividend | L | T | | | | | |
| 32. Seattle Genetics, Inc. C.S. | | None | | | Sold | 02/13/17 | K | E | |
| 33. Stryker Corp. C.S. | A | Dividend | | | Sold | 07/07/17 | K | E | |
| 34. Valero Energy C.S. | D | Dividend | M | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ray, J. Thomas | 05/3/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

[ ] NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Wells Fargo C.S. | B | Dividend | L | T | | | | | |
| 36. Charles Schwab Money Market (Cash Equivalents) | A | Interest | L | T | | | | | |
| 37. | | | | | | | | | |
| 38. ORI/Acadia & Ver. Par., LA; McGowan Inc.; Zachry Exploration | F | Royalty | N | W | | | | | |
| 39. ORI/Regan County, TX/Pioneer Natural Resources | A | Royalty | L | W | | | | | |
| 40. W/I; Acadia & Vermillion Par., LA; McGowan Inc. | E | Royalty | N | W | | | | | |
| 41. ORI/Acadia Par., LA; Zachry Eploraton | D | Royalty | N | W | | | | | |
| 42. Rental Property (Pulaski County, AR) | A | Rent | N | W | | | | | |
| 43. | | | | | | | | | |
| 44. Rollover IRA | | | | | | | | | |
| 45. Charles Schwab Money Market (Cash Equivalents) | A | Interest | K | T | | | | | |
| 46. - Acadia Pharmaceuticals C.S. | | None | K | T | | | | | |
| 47. - Agios C.S. | | None | | | Buy | 05/31/17 | K | | |
| 48. Allergan C.S. | C | Dividend | N | T | | | | | |
| 49. - Amgen C.S. | C | Dividend | M | T | | | | | |
| 50. - Bank of America. C.S. | A | Dividend | K | T | | | | | |
| 51. - Berkshire Hathaway (B) C.S. | | None | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. - Biogen C.S. | | None | | | Sold | 03/09/17 | L | D | |
| 53. - Celgene C.S. | | None | M | T | | | | | |
| 54. - Chevron C.S. | B | Dividend | L | T | | | | | |
| 55. - Conoco Phillips C.S. | B | Dividend | L | T | | | | | |
| 56. - Enterprise Prod. Partners | B | Dividend | L | T | Buy | 11/24/17 | L | | |
| 57. - Exxon C.S. | C | Dividend | L | T | | | | | |
| 58. - Gilead Sciences Inc. C.S. | C | Dividend | M | T | | | | | |
| 59. - Incyte C.S. | | None | K | T | Buy | 11/24/17 | K | | |
| 60. - J.P. Morgan C.S. | B | Dividend | L | T | | | | | |
| 61. - Johnson & Johnson C.S. | C | Dividend | L | T | | | | | |
| 62. - Kinder Morgan Inc. C.S. | A | Dividend | | | Sold | 09/18/17 | K | | |
| 63. - Merck & Co. Inc. C.S. | B | Dividend | L | T | | | | | |
| 64. - Pfizer Inc. C.S. | D | Dividend | M | T | Sold (part) | 07/28/17 | K | C | |
| 65. - Phillips 66 C.S. | B | Dividend | L | T | | | | | |
| 66. - Phillips 66 Partners L.P. | A | Dividend | K | T | | | | | |
| 67. - Regeneron C.S. | | None | M | T | Buy (add'l) | 11/28/17 | K | | |
| 68. - Roche Hldg ADR | A | Dividend | | | Sold | 02/17/17 | K | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ray, J. Thomas | 05/3/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. - Sanofi Aventis C.S. | B | Dividend | K | T | | | | | |
| 70. - Stemline Therapeutics C.S. | | None | K | T | | | | | |
| 71. - Whiting Petroleum C.S. | | None | | | Sold (part) | 11/03/17 | J | B | |
| 72. | | | | | | | | | |
| 73. IRA #1 | | | | | | | | | |
| 74. - Abbvie C.S. | A | Dividend | J | T | | | | | |
| 75. - Acadia Pharm. C.S. | | None | J | T | | | | | |
| 76. - Allergan C.S. | A | Dividend | K | T | | | | | |
| 77. - Amgen Inc. C.S. | A | Dividend | K | T | | | | | |
| 78. - Berkshire Hathaway (B) C.S. | | None | K | T | | | | | |
| 79. - Biomarin C.S. | | | J | T | Buy | 08/17/17 | J | | |
| 80. - Celgene C.S. | | None | L | T | | | | | |
| 81. - Conoco C.S. | A | Dividend | J | T | | | | | |
| 82. - Exxon Mobil C.S. | A | Dividend | J | T | | | | | |
| 83. - Freeport McMoran | | None | | | Sold | 07/07/17 | J | | |
| 84. - Gilead Sciences Inc. C.S. | A | Dividend | K | T | | | | | |
| 85. - Johnson & Johnson C.S. | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ray, J. Thomas | 05/3/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. - J.P. Morgan Chase C.S. | A | Dividend | J | T | | | | | |
| 87. - Merck C.S. | A | Dividend | K | T | | | | | |
| 88. - Phillips 66 C.S. | A | Dividend | | | Sold | 07/28/17 | J | D | |
| 89. - Pfizer C.S. | A | Dividend | K | T | | | | | |
| 90. - Stemline Therapeutics C.S. | | None | | | Sold | 07/07/17 | J | | |
| 91. - Charles Schwab Money Market (Cash Equivalents) | A | Interest | J | T | | | | | |
| 92. | | | | | | | | | |
| 93. Inherited IRA | | | | | | | | | |
| 94. - AbbVie Inc. C.S. | A | Dividend | J | T | | | | | |
| 95. - Acadia Pharm. C.S. | | None | J | T | | | | | |
| 96. - Agios C.S. | | None | J | T | | | | | |
| 97. - Allergan C.S. | A | Dividend | K | T | | | | | |
| 98. - Berkshire Hathaway C.S. | | None | K | T | | | | | |
| 99. - Biogen Inc. C.S. | | None | | | Sold | 07/07/17 | K | A | |
| 100. - Celgene C.S. | | None | J | T | | | | | |
| 101. - Chevron C.S. | A | Dividend | J | T | | | | | |
| 102. - Conoco Phillips C.S. | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ray, J. Thomas | 05/3/2018 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. - Gilead Science Inc. C.S. | A | Dividend | K | T | | | | | |
| 104. - Johson & Johnson C.S. | A | Dividend | J | T | | | | | |
| 105. - Merck C.S. | A | Dividend | J | T | | | | | |
| 106. - Pfizer C.S. | A | Dividend | J | T | | | | | |
| 107. - Proctor & Gamble C.S. | A | Dividend | J | T | | | | | |
| 108. - Wells Fargo & Co. C.S. | A | Dividend | J | T | | | | | |
| 109. - Whiting Petroleum C.S. | | None | J | T | | | | | |
| 110. - Matthews Pacific Tiger M.F. | A | Dividend | | | Sold | 07/07/17 | J | A | |
| 111. - Preimcap Odyssey Stock M.F. | A | Dividend | | | Sold | 07/07/17 | J | B | |
| 112. - T. Rowe Price Overseas M.F. | A | Dividend | | | Sold | 07/07/17 | J | A | |
| 113. - Charles Schwab Money Market (Cash Equivalents) | A | Interest | J | T | | | | | |
| 114. | | | | | | | | | |
| 115. | | | | | | | | | |
| 116. IRA #2 | | | | | | | | | |
| 117. - Allergan C.S. | A | Dividend | K | T | | | | | |
| 118. - Amgen Inc. C.S. | A | Dividend | K | T | | | | | |
| 119. - Bank of America C.S. | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ray, J. Thomas | 05/3/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. - Berkshire Hathaway (B) C.S. | | None | K | T | | | | | |
| 121. - Celgene C.S. | | None | L | T | | | | | |
| 122. - Conoco C.S. | A | Dividend | | | Sold | 10/06/17 | J | B | |
| 123. - Exxon C.S. | A | Dividend | J | T | | | | | |
| 124. - Gilead Sciences Inc. C.S. | A | Dividend | K | T | | | | | |
| 125. - Johnson & Johnson C.S. | A | Dividend | K | T | | | | | |
| 126. - Merck C.S. | A | Dividend | K | T | | | | | |
| 127. - Pfizer Inc. C.S. | A | Dividend | K | T | | | | | |
| 128. - Charles Schwab Money Market (Cash Equivalents) | A | Interest | J | T | | | | | |
| 129. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ray, J. Thomas | 05/3/2018 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ J. Thomas Ray**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544